# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | **INITIAL APPEARANCE/ARRAIGNMENT** |
| v. | **AND PLEA MINUTES** |
| JASON A. WNUK<br>KEVIN M. EISENHAUER | CASE NUMBER **25-CR-8** |

| | |
|---|---|
| HONORABLE Nancy Joseph, presiding | Court Reporter: Liberty |
| Deputy Clerk: Ross M. | Hearing Began: 11:07 a.m. |
| Hearing Held: February 20, 2025 at 11:00 a.m. | Hearing Ended: 11:30 a.m. |

**Appearances:**

UNITED STATES OF AMERICA by: Katherine Halopka-Ivery
Jason A. Wnuk, in person, and by: Craig Powell ☑ CJA ☐ FDS ☐ RET
Kevin M. Eisenhauer, in person, and by: Leah Thomas, Claude Allen Milhome ☐ CJA ☐ FDS ☑ RET
U.S. PROBATION OFFICE by: Hannah Behnke
INTERPRETER: ☑ None ☐ Sworn

☑ Original Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Misdemeanor  ☑ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | May 1, 2025 | District Judge: | J P Stadtmueller |
| Final Pretrial Conf.: | TO BE SET | Bond Judge: | Nancy Joseph |
| Jury Trial Date: | TO BE SET | Magistrate Judge: | Stephen Dries |
| Trial Length Estimate: | 2 weeks | | |

☐ Defendant consents to proceed via video
☑ Defendant advised of rights
☐ Court orders counsel appointed
☑ Defendant advised of charges, penalties, and fines
☑ Copy of indictment received by defendant
  ☐ Indictment read   ☐ defendant waives reading
☑ Not guilty plea entered by: ☑ defendants ☐ the court
☑ Expanded discovery policy applies (*See* Order below)

  Discovery available: soon

☑ Government to disclose grand jury materials one day prior to trial
☐ Oral Motion for Complex Designation
  ☐ Granted   ☐ Denied
  ☐ Referred to Stephen Dries
☑ Case designated complex
☑ Counsel Only Scheduling Conference:

  February 28, 2025 at 10:00 a.m. by Zoom Teleconference
  before Magistrate Judge Stephen Dries

Maximum Penalties:
As to Jason A. Wnuk and Kevin M. Eisenhauer:
**Count 1** – INC: 20 years; FINE: $1,000,000; SR: mandatory minimum 3 years-life; SA: $100.
Forfeiture Notice.
As to Jason A. Wnuk ONLY:
**Count 2** – INC: 20 years; FINE: $1,000,000; SR: mandatory minimum 3 years-life; SA: $100.
**Count 3** – INC: mandatory minimum 10 years-life; FINE: $10,000,000; SR: mandatory minimum 5 years-life; SA: $100.

**Count 4** – INC: mandatory minimum 5 years-life, consecutive to any other sentence; FINE: $250,000; SR: 5 years; SA: $100.
**Count 5** – INC: 10 years; FINE: $250,000; SR: 3 years; SA: $100.

Bond Status:
As to Jason A. Wnuk: ☑Defendant is released on: ☑ O/R bond ☑ *See* Order Setting Conditions of Release
As to Kevin M. Eisenhauer: ☑Defendant is released on: ☑ O/R bond ☑ *See* Order Setting Conditions of Release

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.