## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

| | |
|---|---|
| HON. **Stephen C. Dries**, presiding | Deputy Clerk: Katina Hubacz |
| DATE: December 16, 2025 at 2:30 p.m. | Court Reporter: Tom Malkiewicz |
| CASE NO. 25-CR-8 | Time Called: 2:30 p.m. |
| UNITED STATES v. KEVIN M. EISENHAUER | Time Concluded: 2:39 p.m. |

PROCEEDING: **CHANGE OF PLEA HEARING**

UNITED STATES by: Katie Halopka-Ivery

PROBATION OFFICER: not present

DEFENDANT: KEVIN M. EISENHAUER, in person, and by

ATTORNEY: Leah R. Thomas, Claude-Allan Milhomme

---

☒ Indictment Filed on 1/22/2025
☒ Plea Agreement Filed on 12/3/2025
☐ Waiver of Indictment Signed on Click here to enter a date.

Defendant sworn. Court questions defendant as to his background and understanding of the plea agreement. Government's offer of proof is in the Plea Agreement. See Attachment A.

**Maximum Penalties:**
**Count 1** - Imprisonment: 20 years; Fine: $1,000,000; Supervised Release: 3 years-life; Mandatory Special Assessment: $ 100.00.

Plea: __**Guilty**__ to Count __**1**__ of the Indictment
☐ Government to dismiss the remaining counts at the time of sentencing

Court finds defendant competent to enter a plea. Defendant is aware of the nature of the charges and the consequences of his plea, and that this plea is knowing and voluntary. The court will recommend to Judge Stadtmueller that a plea of guilty be accepted and the defendant be adjudged guilty of this offense.

__X__ Presentence Report ordered - Rule 32 waived in the Plea Agreement

Deadlines:
PSR Disclosure date: **2/17/2026**
Objections due: **2/27/2026**
Responses due: **3/6/2026**
Sentencing date: **3/19/2026 at 1:00 PM before Judge J.P. Stadtmueller in Courtroom 425**