# Table of Exhibits
*Sentencing Memorandum on behalf of Kevin Eisenhauer, 25-CR-08*

| Exhibit | Description |
|---|---|
| A | Letter from Laura Smith, Mr. Eisenhauer's former manager at Stella Van Buren |
| B | Letter from Valerie Huebner, Mr. Eisenhauer's long-time friend |
| C | Letter from Elizabeth Wilson, Mr. Eisenhauer's aunt |
| D | Letter from Steve Kopecky, Mr. Eisenhauer's family's friend |
| E | Letter from Katherine Eisenhauer, Mr. Eisenhauer's mother |

January 27, 2026

The Honorable J.P. Stadtmueller
United States Courthouse Room 471
517 East Wisconsin Avenue
Milwaukee, WI 53202

Dear Judge Stadtmueller,

I am writing to provide a character reference for Kevin Eisenhauer. I have known Kevin for 7 years as not only a coworker but as a friend. I worked with Kevin as his manager at Stella Van Buren restaurant. Over the time I have known Kevin, I have always known him to be a caring, kind, and conscientious person. As his manager at Stella Van Buren, I watched Kevin work hard to become an indispensable part of our team, because of not only his dedication but his caring for others.

Kevin is a genuinely caring person, the type who can talk to anyone and make them feel seen and valued. Kevin has always been outgoing and friendly, a trait that made him a great server and bartender. Guests would visit Stella Van Buren just to talk to Kevin and experience his warm and friendly service.

Kevin's kindness and caring extended to his coworkers as well. As his manager, I knew I could always depend on him to help out wherever he was needed in the restaurant or work a shift for someone who was sick. He looked out for his coworkers and was always looking to lend a hand to someone else. Kevin is also always willing to learn something new, and consistently sought out new challenges and knowledge at the restaurant. This led Kevin to be promoted quickly, as he became an essential part of our team early on in his time at Stella Van Buren. I could always count on Kevin to go above and beyond every day we worked together, because he genuinely cares for those around him.

I respectfully ask that you consider the positive impact Kevin has made as a coworker and friend. Thank you for this consideration.

Sincerely,

Laura Smith
3574 S 88th Street
Milwaukee, WI 53228



March 4, 2026

Dear Judge Stadtmueller,

I write to you today on behalf of my good friend, Kevin Michael Eisenhauer. It is my understanding that he has fallen short of his civic and societal duties as a member of our community. As a government employee and Milwaukee citizen myself, I take it rather personal that he's wasting away our limited funds and tax paying dollars. As I write this letter I feel a sense of respect for you, but it is blanketed by a veil of fear. (And I'm only writing the letter!)

    For the past year, I have watched fear creep into Kevin's heart. As he navigates this obstacle that he's put in front of himself, I've seen him realize the severity of his actions. I've been watching him beat himself down with questions like, "how did I end up here?" and "where do I go now?" It's easy to understand how he ended up here, today, from the evidence provided, but life is rarely black and white.

    For 16 years him and I have been navigating this life together. We've seen each other's ups; which in turn: seen each other's downs. The hand Kevin was dealt is good on paper, but what that doesn't show is what's behind closed doors. In our downs, I see: two kids finding solace in one another as our parents consistently fight. I see us still alive while simultaneously grieving the deaths of our friends. I see a young man watch his family fall apart through lies, deception and divorce, thus leaving him to fend for himself. Yet when the curtain falls, one thing is for certain: we are always there for each other. I risk my morals and character by coming to you as his friend. I'm taking not a gamble, but a leap of faith in Kevin, so that he may understand how and who his actions affect.

    What he did is inexcusable, but I ask that you see him through my light. To see him as the 13-year-old boy who was nice to the weird girl in summer school. Or the 17-year-old kid who was just starting to pave his path in life while watching the clouds go by with said Weird Girl. The man who opened his door to this woman when her own family turned her out is the same man that sits before you. The same man that makes sure his friends always get home safe; that we are fed and jolly when he hosts movie nights, and is there when we need him most.

    It is easy to take a glance at this situation and determine he has hit a "dead end". But if you knew Kevin as I do, you'd see this as the End of the Beginning. Although he has built a broken path, I believe that respect for our judicial system will replace his fear of the unknown, so we can come together and help him re-build his remaining road. The very base of our great nation: that we, as a people, have an opportunity to not judge someone by their mistakes, but their willingness to repent and learn from those mistakes. I cannot promise you perfection—if that were the case, we'd all be in his seat. But I can promise you that I will do my part as a voice of justice; of right versus wrong—good versus evil; as I hope he continues to do for me.

    When you make your decision today, I know that it will be made fairly, and for that, I thank you. There is strength to be had in judging another man's actions through faith and justice. I ask that you please not judge him as a heartless criminal, but rather a human-being who fell to the temptations of evil. I pray that you, too, can take that leap of faith in Kevin, and know that he will learn from this in the shortest amount of time rather than the latter. But most importantly, I pray that he finds not just who his true friends are, but who he truly is.

> *"For he has rescued us from the dominion of darkness and brought us into the kingdom of the Son he loves, in whom we have redemption, the forgiveness of sins."*      *Colossians 1:13-14*

Sincerely,

*Valerie Huebner*

Valerie Huebner— HEH Inspector III, City of Milwaukee

**EXHIBIT B**

3/2/26

Dear Judge Stadtmueller,

My name is Elizabeth Wilson; Kevin Eisenhauer is my nephew. I am writing today to serve as character reference for Kevin; I have known him for his entire life and have watched him grow from a child into the young man he is today.

Kevin is intelligent and caring and often puts the needs of others before his own. He has served as a support to both family and friends- he was an integral part in caring for his father during a life- threatening illness and aided in his father's recovery. He has been a source of comfort to his mother and siblings during his parents' recent divorce, willing to listen and offer support. Kevin has a wonderful sense of humor and can light up a room with his outgoing personality. He has an array of friends from many walks of life and he treats all with dignity and respect.

Kevin will readily admit his addiction has led him down a challenging path, but he accepted responsibility for his mistakes and is working hard to put his life back together; Kevin is now "picking up the pieces" and has been making some meaningful changes. He has been maintaining his sobriety while trying to move in a positive direction. He is enrolled in college classes, has goals for his future, and has reconnected with positive influences in his life.

I believe Kevin has matured and has gained focus in the past three years and is actively working toward a brighter future. Through adversity, he has grown and has been able to prioritize a healthy lifestyle. With his intelligence and ability to connect with people, Kevin has a lot to offer his community. He is planning to help others who find themselves in a vulnerable position by offering guidance and wisdom garnered through his personal experience. Please take into consideration Kevin's strengths and attributes while reflecting on his case.

Thank you for your time.

Sincerely,


Elizabeth Wilson
1529 Gleason Dr.
Rantoul, IL 61866



EXHIBIT C

March 4, 2026

Dear Judge Stadtmueller,

I am writing this letter in support of Kevin Eisenhauer. I have known Kevin for most of his life, as our families have known each other since he was four years old. My son and Kevin attended school together from kindergarten through high school, and during those years, we had many opportunities to see him grow and mature.

Over that time, I have come to know Kevin as a respectful, reliable, and hardworking young man. Our family has always found him to be polite and trustworthy when he was in our home and around our family. He has consistently shown a willingness to help others and take responsibility when something needs to be done.

Because we have known Kevin for so many years, he has spent time around our home and family on many occasions. During that time, we have always found him to be respectful, polite, and trustworthy. I would not hesitate to welcome him into our home and spend time with my family. His character and the way he conducts himself have consistently reflected someone who wants to do the right thing and be a positive influence.

Like many young people, Kevin has made some poor choices in the past. However, I believe those mistakes do not define his character. What stands out to me is his willingness to accept responsibility and learn from those experiences. I have seen him continue to work hard and move his life in a better direction.

For example, I have seen him demonstrate a strong work ethic and a willingness to do what is asked of him. He has always been respectful toward adults and supportive of his friends and family. These qualities are part of the reason our family has always felt comfortable having him around and trusting him.

Having known Kevin for nearly his entire life, I truly believe he has the character and potential to continue growing into a responsible and productive member of the community. I respectfully ask the Court to consider the many positive qualities he possesses and the support system he has around him.

Thank you for your time and consideration.

Respectfully,

Steve Kopecky
Sussex, WI
262-719-2597



Your Honor,

I am writing this character reference for my son, Kevin. As his mother, I have had the privilege of watching him grow through various stages of life, and I believe I have a unique perspective on the man he is today.

Kevin is an individual of remarkable intelligence and innate empathy. He has consistently been a caring, thoughtful, and loyal son, brother, nephew, cousin, and friend. This loyalty is perhaps his most defining trait; while it is an honorable quality that makes him a pillar for those he loves, it has also come at a significant personal cost. Kevin is the first to take full responsibility for his actions. He openly acknowledges that his choices have not always been the best, particularly regarding his choice of friendships and his tendency to be overly forgiving to those who have deeply wronged him.

Throughout my recent divorce from his father, Kevin has been an unwavering source of comfort and support to both me and his siblings. He has provided words of encouragement and demonstrated a level of maturity that far exceeds his years. Kevin has been able to articulate how toxic our marriage was and has helped me navigate the realization of how much that environment affected him and his siblings. Much of Kevin's life has been shaped by the financial instability caused by his father's sporadic work history throughout our 32-year marriage. This constant uncertainty had a profound impact on all four of my children.

While Kevin has made poor choices in the past and is ready to accept the consequences of those choices, he has made great strides since. He is currently focused on finishing his degree in Business Administration and remaining a productive, positive influence in his community. To ensure he stays on this trajectory, Kevin has a wonderful, robust support system comprised of family and friends who are committed to his success and long-term accountability.

I am confident in Kevin's character and his sincere desire to move forward in a positive manner. Thank you for your time and for considering this perspective on his life.
Sincerely,

Katherine M Eisenhauer
262-490-0867
115 Silver Lake Plaza, Apt.#309
Oconomowoc, WI 53066

